# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
June 7, 2018

In re:
    Jose R. Rodriguez
                    Debtor*

Case Number: 18−50509 jam
Chapter: 7

Federal National Mortgage Association ("Fannie Mae")
Movant(s)

v.

Jose R. Rodriguez
Kara S. Rescia, Trustee

Respondent(s)

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

      Pursuant to 11 U.S.C. §§ 362(d)(1) and (2), Federal National Mortgage Association ("Fannie Mae") (the "Movant"), filed a Motion for Relief from Stay dated May 17, 2018 (the "Motion", ECF No. 12).  After notice and a hearing, *see* 11 U.S.C. § 102(1), and in compliance with the Court's Contested Matter Procedure, it appearing that the relief sought in the Motion should be granted; it is hereby

      **ORDERED:** The automatic stay provided in 11 U.S.C. § 362(a) is modified pursuant to 11 U.S.C. §§ 362(d)(1) and (2) to permit the Movant and/or their successors and assignees, to exercise their rights, if any, with respect to real property commonly known as 27 Slocum Street, Norwalk, Connecticut 06851, in accordance with applicable non−bankruptcy law;  and it is further

      **ORDERED:** The fourteen (14) day stay provided in Fed. R. Bankr. P. 4001(a)(3) is hereby waived.

Dated: June 7, 2018

BY THE COURT

*Julie A. Manning*
Chief United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579−5808
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 118 − sr

*For the purposes of this order, "Debtor" means "Debtors" where applicable.